

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00275-CV

**IN THE INTEREST OF E.S.B.**, et al., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-02146
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED July 26, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice